IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GRUPO HGM TECNOLOGIAS SUBMARINAS, S.A.,, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 1:18-cv-430-TFM-N ) |
| ENERGY SUBSEA, LLC and ODDGEIR INGVARTSEN | ) ) ) ) |
| Defendants. | ) |

**MEMORANDUM OPINION AND ORDER**

On July 2, 2019, the Magistrate Judge entered a Report and Recommendation which recommends that Defendant Oddgeir Ingvartsen be denied any relief requested in his *pro se* response and that Plaintiff's Motion for Default Judgment be denied without prejudice with leave to refile demonstrating and arguing the proper applicable substantive law. *See* Doc. 20. Plaintiff Grupo HGM Tecnologias Submarinas, S.A. ("Grupo") timely objected. *See* Doc. 21. Neither Defendant filed a response.

Grupo filed objections limited in scope to Section III.F. *See* Doc. 21 at 1 n. 1. It further states "Grupo is filing this short Objection in order to seek to avoid having to prepare a subsequent renewed motion for default judgment, the filing of which would further expend both the Court's and Grupo's resources in a case where Grupo is clearly entitled to the relief sought in its Motion, thereby increasing the passage of time before judgment is entered, potentially prejudicing Grupo's ability to collect on that judgment." *Id*. at 1 n 2.

In reviewing the objections, the Court finds that they deal with the matters the Magistrate Judge specifically instructed the Plaintiff to address in a renewed motion for default judgment.

Plaintiff does not assert the Magistrate Judge erred, but rather simply attempts to shore up its original motion by arguing the conclusion is the same regardless. The Court is under no obligation to review arguments raised for the first time in response to the Magistrate Judge's well-reasoned analysis instead of by motion. Even conducting a *de novo* determination of those portions of the recommendation, requires the court to look to the original motion. The Magistrate Judge properly identified concerns regarding the motion for default judgment. As such, the Court finds no reason to set aside that analysis especially when the Plaintiff still has the opportunity to file a renewed motion for default judgment providing the proper analysis for its claims and whether they should be addressed under Alabama state law and/or maritime law.

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issue raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, Plaintiff's objections are **OVERRULED** and the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court. As such, it is **ORDERED** that:

(1) Defendant Oddgeir Ingvartsen is **DENIED** any relief requested in his *pro se* "Defendants Respond to Plaintiff Application for Default Judgement and this case overall" (Doc. 16).

(2) Plaintiff GRUPO HGM Tecnologias Submarina, S.A.'s *Application for Default Judgment Pursuant to Federal Rule of Civil Procedure 55* (Doc. 15) is **DENIED without prejudice** to its ability to again seek default judgment demonstrating and arguing the proper applicable substantive law.

(3) This case is referred back to the Magistrate Judge for additional proceedings.

**DONE** and **ORDERED** this the 31st day of July 2019.

                                             /s/ Terry F. Moorer
                                             TERRY F. MOORER
                                             UNITED STATES DISTRICT JUDGE